# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CYPRESS CREDIT, INC.

VERSUS

DEMARD GREEN

NO.  2024 CW 0056

**MARCH 13, 2024**

---

In Re:    CPC Services, Inc. and Harold B. Wallis, Jr., applying for supervisory writs, Baton Rouge City Court, Parish of East Baton Rouge, No. 0801-00617.

---

**BEFORE:   GUIDRY, C.J., CHUTZ AND LANIER, JJ.**

　　**WRIT NOT CONSIDERED IN PART; WRIT DENIED IN PART.**  The Baton Rouge City Court's ruling on the motion to recall bench warrant filed by Harold B. Wallis, Jr. is not considered.  The written reasons issued by the Baton Rouge City Court denying the motion contemplated a written judgment, and relators failed to provide a copy of the signed judgment with their writ application.  Supplementation of this writ application and/or an application for rehearing will not be considered.  Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.  In the event Mr. Wallis seeks to file a new application with this court, it must contain all pertinent documentation and must comply with Rule 2-12.2 of the Uniform Rules of Louisiana Courts of Appeal.  Any new application must be filed on or before <u>April 12, 2024</u>, and must contain a copy of this ruling.  This writ application is denied in all other respects.

**JMG**
**WRC**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____

DEPUTY CLERK OF COURT
FOR THE COURT